IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WILLIAM JONES, On behalf of himself
and others similarly situated,

    Plaintiff,

v.

WAFFLE HOUSE, INC., a Georgia corporation, WH CAPITAL, LLC, A Georgia limited liability company, THE SOURCE FOR PUBLIC DATA, L.P. dba PUBLICDATA.COM, a foreign limited partnership, SHADOWSOFT, INC., a foreign corporation, HARLINGTON-STRAKER-STUDIO, INC., a Texas corporation, and DALE BRUCE STRINGFELLOW, an individual,

    Defendants.

NO. 6:15-CV-1637-ORL-37DAB

## MOTION TO DISMISS

Waffle House, Inc. and WH Capital, LLC (collectively referred to as "Waffle House" for the limited purpose of this motion), by counsel and pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, respectfully request the Court dismiss William Jones' ("Plaintiff") Class Action Complaint for lack of subject matter jurisdiction. Plaintiff does not have standing to bring a claim under the Fair Credit Reporting Act. The reasons in support of this motion are set forth more thoroughly in the accompanying Memorandum in Support.

                                WAFFLE HOUSE, INC. and
                                WH CAPITAL, LLC

                                By: /s/ Richard W. Smith

Richard W. Smith (FL Bar No. 0013943)
Fisher Rushmer, P. A.
390 North Orange Avenue, Suite 2200
Post Office Box 3753
Orlando, Florida 32802-3753
Telephone: (407) 843-2111
Facsimile: (407) 422-1080
E-mail: mailto:rsmith@fisherlawfirm.com

John C. Lynch (*pro hac vice* to be filed)
David M. Gettings  (*pro hac vice* to be filed)
Troutman Sanders LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1545
E-mail: john.lynch@troutmansanders.com
E-mail: david.gettings@troutmansanders.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of December, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

**Counsel for Plaintiff William Jones**

Joshua H. Eggnatz
Michael J. Pascucci
The Eggnatz Law Firm, PA
5400 S University Drive, Suite 413
1920 N Commerce Parkway
Davie, FL 33328-5313
Email: JEggnatz@ELPLawyers.com
Email: mpascucci@elplawyers.com

Alexandria R. Kachadoorian (admitted *pro hac vice*)
Anthony J. Orshansky (admitted *pro hac vice*)
Justin Kachadoorian (admitted *pro hac vice*)
CounselOne, PC
9301 Wilshire Blvd., Suite 650
Beverly Hills, CA 90210
Email: alexandria@counselonegroup.com
Email: anthony@counselonegroup.com
Email: justin@counselonegroup.com

**Counsel for Defendants The Source for Public Data, L.P., Shadowsoft, Inc., Harlington-Straker-Studio, Inc. and Dale Bruce Stringfellow**

Thomas H. Loffredo
GrayRobinson, PA
401 E Las Olas Blvd Ste 1000
Ft Lauderdale, FL 33301
Email: tom.loffredo@gray-robinson.com

/s/ Richard W. Smith
Richard W. Smith (FL Bar No. 0013943)
Fisher Rushmer, P. A.
390 North Orange Avenue, Suite 2200
Post Office Box 3753
Orlando, Florida 32802-3753
Telephone: (407) 843-2111
Facsimile: (407) 422-1080
E-mail: mailto:rsmith@fisherlawfirm.com

27674433

3