IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WILLIAM JONES, On behalf of himself
and others similarly situated,

      Plaintiff,

v.

                                            NO. 6:15-CV-1637-ORL-37DAB

WAFFLE HOUSE, INC., a Georgia
corporation, WH CAPITAL, LLC, A Georgia
limited liability company, THE SOURCE FOR
PUBLIC DATA, L.P. dba
PUBLICDATA.COM, a foreign limited
partnership, SHADOWSOFT, INC., a foreign
corporation, HARLINGTON-STRAKER-
STUDIO, INC., a Texas corporation, and
DALE BRUCE STRINGFELLOW, an
individual,

      Defendants.

**MOTION TO DISMISS OR IN THE ALTERNATIVE TO
STAY PROCEEDING, AND TO COMPEL ARBITRATION**

Waffle House, Inc. and WH Capital, LLC ( "Waffle House"), by counsel, respectfully request the Court dismiss William Jones' ("Plaintiff") Class Action Complaint, or in the Alternative Stay the Proceedings, and Compel Arbitration. The reasons in support of this motion are set forth more thoroughly in the accompanying Memorandum in Support.

**Certification Pursuant to Local Rule 3.01(g)**

Counsel certifies it has conferred with Plaintiff's counsel in an effort to resolve this dispute but they have been unable to agree on a resolution.

                                                WAFFLE HOUSE, INC. and
                                                WH CAPITAL, LLC

                                                By: /s/ David M. Gettings

Richard W. Smith (FL Bar No. 0013943)
Fisher Rushmer, P. A.
390 North Orange Avenue, Suite 2200
Post Office Box 3753
Orlando, Florida 32802-3753
Telephone: (407) 843-2111
Facsimile: (407) 422-1080
E-mail: mailto:rsmith@fisherlawfirm.com

John C. Lynch (admitted *pro hac vice*)
David M. Gettings (admitted *pro hac vice*)
Troutman Sanders LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1545
E-mail: john.lynch@troutmansanders.com
E-mail: david.gettings@troutmansanders.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st of April, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

**Counsel for Plaintiff William Jones**

Joshua H. Eggnatz
Michael J. Pascucci
The Eggnatz Law Firm, PA
5400 S University Drive, Suite 413
1920 N Commerce Parkway
Davie, FL 33328-5313
Email: JEggnatz@ELPLawyers.com
Email: mpascucci@elplawyers.com

Alexandria R. Kachadoorian (admitted *pro hac vice*)
Anthony J. Orshansky (admitted *pro hac vice*)
Justin Kachadoorian (admitted *pro hac vice*)
CounselOne, PC
9301 Wilshire Blvd., Suite 650
Beverly Hills, CA 90210
Email: alexandria@counselonegroup.com
Email: anthony@counselonegroup.com
Email: justin@counselonegroup.com

**Counsel for Defendants The Source for Public Data, L.P., Shadowsoft, Inc., Harlington-Straker-Studio, Inc. and Dale Bruce Stringfellow**

Thomas H. Loffredo
GrayRobinson, PA
401 E Las Olas Blvd Ste 1000
Ft Lauderdale, FL 33301
Email: tom.loffredo@gray-robinson.com


Ronald I. Raether , Jr.
Troutman Sanders, LLP
5 Park Plaza Ste 1400
Irvine, CA 92614-2545
949-622-2722
Fax: 949-622-2739
Email: Ronald.Raether@troutmansanders.com

Timothy St. George
Troutman Sanders, LLP
1001 Haxall Point
Richmond, VA 23219
804-697-1254
Fax: 804-698-6013
Email: tim.stgeorge@troutmansanders.com

/s/ David M. Gettings
David M. Gettings  (*pro hac vice*)
Troutman Sanders LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7747
Facsimile: (757) 687-1545
E-mail: david.gettings@troutmansanders.com

28176265

4