UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| WILLIAM JONES et al<br>v<br>WAFFLE HOURS | | Case No. 6:15-cv-1637-Orl-37DAB | |
|---|---|---|---|
| JUDGE | Roy B. Dalton, Jr.<br>U.S. District Judge | COUNSEL FOR PLAINTIFF | Justin Kachadoorian<br>Michael Pascucci |
| DEPUTY CLERK | Virginia Flick | COUNSEL FOR DEFENDANT | Richard Smith / David Gettings / Ronald Raether |
| COURT REPORTER | Amie First | INTERPRETER | n/a |
| DATE AND TIME | 7/22/16 1:30 – 2:26 pm | TOTAL TIME | 0/56 |

## CLERK'S MINUTES

### PROCEEDINGS OF: HEARING ON MOTIONs

Argument heard

Motion to Compel Arbitration – DENIED;  Order to Enter

Defendant's response to class certification due 9/1/16

Plaintiff to submit William Jones' deposition in its entirety; the Court will determine if Plaintiff is an adequate class representative

Defendant indicates potential for appeal of Court's ruling on arbitration