IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WILLIAM JONES, ALEX HOLT, MICHELLE
DANIELS, LARRY WASHINGTON, MARKO
FREEMAN, JOHN POINDEXTER, NIKKI
SYKES, PAULA SBABO, WORAND DAVIS,
JOHN AGAPOS, PAULA JOHNSON, SHAWNTA
POWELL, CELESTE HINES, JENNIFER
SPONSELLER, MARNETTA JACKSON,
FLORENCE MIMS, CONSTANCE HUNTER,
CASSANDRA MCCLINTON, SHAY TUCKER,
REGINA LUCKETT, ASHLEY MARTIN,
JENISE WALTERS, and YOLANDA SMITH, on
behalf of themselves and others similarly situated,

        Plaintiffs,

v.

WAFFLE HOUSE, INC., a Georgia corporation,
WH CAPITAL, LLC, a Georgia limited liability
company, THE SOURCE FOR PUBLIC DATA,
L.P. dba PUBLICDATA.COM, a foreign limited
partnership, SHADOWSOFT, INC., a foreign
corporation, HARLINGTON-STRAKER-
STUDIO, INC., a Texas corporation, and DALE
BRUCE STRINGFELLOW, an individual,

        Defendants.

NO. 6:15-CV-1637-ORL-37DAB

## DECLARATION OF TRACY BRADSHAW

I, Tracy Bradshaw, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that

the following information is true and correct to the best of my information and belief.

1.      I am a resident of Georgia, over twenty-one years of age, have not been convicted

of a felony or crime involving moral turpitude or dishonesty, and am otherwise competent to

testify as to all statements contained herein, which I am making by my own free will.

2.      The statements made in this declaration are based on my personal knowledge

gained through years of experience working at Waffle House, Inc. ("Waffle House"), and the

EXHIBIT 1

business records of Waffle House. If I were called to testify regarding the statements made in this declaration, I could and would competently do so.

3.      I am the Vice President of Human Resources and Compensation for Waffle House. I have held this position for over nine years, and I have been employed with Waffle House for over twenty-four years.

4.      In my role as Vice President of Human Resources and Compensation, I have helped develop, and I am familiar with, Waffle House's application, interviewing, and hiring processes, policies, and records, as they existed at the time John Agapos ("Agapos") and Cassandra McClinton ("McClinton") went through the application, interviewing, and hiring process.

5.      In my role, I am also familiar with Waffle House's arbitration policies, processes, practices, and records, as they exist today and as they existed at the time Agapos and McClinton went through the application process.

A.      **The Employment Applications**

6.      I have reviewed the business and personnel-related records pertaining to Agapos, which reflect the following facts:

7.      Agapos applied to work as a management employee for Waffle House in Mobile, Alabama on April 23, 2012. (Attached as **Exhibit A** is a true and correct copy of the application materials he completed on that date. It is the regular practice of Waffle House to maintain these records in the ordinary course of its business. They are made at or near the time of the events the records memorialize by persons with knowledge of the events.).

8.      Waffle House considered Agapos's April 2012 application, but did not hire him.

9.      On his application, Agapos listed his education as including obtaining a high school diploma, as well as attending the University of South Alabama. He received a Bachelor

2

of Science from University of South Alabama and pursued graduate studies in computer science from the same institution.

10.     Agapos also provided prior work experience, which included working for a family business and for a bakery, where he claimed to have directed staff.

11.     I have also reviewed the business and personnel-related records pertaining to McClinton, which reflect the following facts:

12.     McClinton applied to work as a management employee in Brighton, Alabama on August 29, 2011.  (Attached as **Exhibit B** is a true and correct copy of the application materials she completed on that date.  It is the regular practice of Waffle House to maintain these records in the ordinary course of its business.  They are made at or near the time of the events the records memorialize by persons with knowledge of the events.).

13.     Waffle House considered McClinton's August 2010 application, but did not hire her.

14.     On her application, McClinton noted that she graduated from high school and obtained two Associate of Arts degrees from Lawson State and a Bachelor of Science from Miles College.

15.     McClinton provided prior experience, specifically listing working in the office for Cox Media and working as an administrative assistant at a mental health facility.

**B.     Waffle House's Arbitration Program**

16.     Waffle House has a comprehensive arbitration program that provides for mutual arbitration as the sole means of resolving disputes.

17.     At the time that Agapos and McClinton applied, all applicants for management positions at Waffle House were required to complete electronic applications for employment.

18.     The online management application module allows applicants to complete the application at their own pace and submit the application at their convenience.  An applicant may begin an application and return later to complete it, if so desired.

19.     Before the electronic application is complete, the applicant must acknowledge and agree to certain Waffle House Policies and Notices, including its Arbitration Program, by electronically checking boxes on the application.  Applicants are given the opportunity to review and print Waffle House's Policies and Notices by clicking a link which opens a new window in the applicant's browser, displaying the Policies and Notices.  The applicant may then review, print, and/or save a copy of the Policies and Notices and return to the browser window to complete the acknowledgment segment.  Waffle House's Arbitration Program is attached hereto as **Exhibit C**.

20.     An applicant cannot be considered for employment without reviewing and agreeing to the Arbitration Program during the application process.

C.      **Plaintiffs' Agreement to Waffle House's Arbitration Program**

21.     The Arbitration Program contained in **Exhibit C** is the version of the program in effect at the time that Agapos and McClinton applied for employment.  It is also the Arbitration Program that Agapos and McClinton both acknowledged in their online applications.

22.     Because of the way the online application module operates, applicants such as Agapos and McClinton could not proceed with their applications or submit them to Waffle House for consideration without first acknowledging and agreeing to the Arbitration Program.

23.     Both Agapos and McClinton acknowledged and agreed to the Arbitration Agreement by checking the box on their application next to the box titled "Mandatory Arbitration of Employment Disputes."

24.     Both Agapos and McClinton electronically signed their applications.

4

25.     Both Agapos and McClinton submitted their applications to Waffle House with their acknowledgement of the Arbitration Agreement.

26.     Although there have been minor changes to the language, the substance of the Arbitration Program applicable to Agapos and McClinton is the same as that in the agreement that William Jones signed in 2016, which the Eleventh Circuit recently enforced.

27.     I am also a custodian of records for Waffle House.  I am knowledgeable regarding the record-keeping practices used to maintain the records discussed above. The records discussed above, including arbitration records and records related to employment, are kept by Waffle House in the regular course of its business at Waffle House's corporate headquarters, located at 5986 Financial Drive, Norcross, GA, 30071.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my information and belief.

Dated:  January 29, 2018

TRACY BRADSHAW

33775477

# EXHIBIT A

# Waffle House Management Application
## Page 1
### View/Print

| APD that referred you to this form ? | Johnson, Jared | Date completed : 4/23/2012 |
|---|---|---|

| Social Security # | ▮▮▮▮ | E-mail : | johnagapos@hotmail.com |
|---|---|---|---|

| Last Name : | Agapos | First Name : | John | Middle Initial : | C |
|---|---|---|---|---|---|

| Current Address : | 2113 Belmont Court |
|---|---|

| City : | Mobile | State : | AL | Zip: | 36695 |
|---|---|---|---|---|---|

| Home Phone Number | 251-666-7799 | Work Phone Number | 251-689-0184 |
|---|---|---|---|

| Name of Person to Notify in the Event of an Emergency : | Catherine Agapos | |
|---|---|---|

| Emergency Contact's Address : | 6612 Barrow Court | Phone # | 251-666-7783 |
|---|---|---|---|

| Are you At Least 21 Years of Age? | Yes |
|---|---|
| Are you eligible for employment in the U.S.? | Yes |
| Do you now or will you later require Waffle House to sponsor you for work authorization in the U.S. ? | No |
| Excluding Minor Traffic violations, have you ever been convicted of a crime in the U.S.? | No |
| If so, describe in full : | |
| Showing Up on time for scheduled work is an essential job function. Do you have a reliable way to get to work? | Yes |
| The job for which you are applying includes, but is not limited to the following essential job functions : bending, lifting, stretching, and standing on your feet for a full 7 to 10 hour shift.  Can you do this with or without accommodation? | Yes |
| Are there days of the week that you will not be able to work? | No |
| If so, list the days : | """" |
| Were you previously employed by Waffle House? | No |
| If yes, when did you work for Waffle House, what unit were you in and who was your supervisor? : | |
| Reason for Leaving? : | |
| Have you previously applied for this position? | No |
| If yes, when and where? : | |
| Do you have any friends and family who currently work for Waffle House? | No |
| If yes, who are they and where do they work? : | |

2012042301501564447A

**Attached Resumé(s)**
No Resumés currently Saved

# Page 2 - with 3 colleges

| | |
|---|---|
| Have you worked in a previous job that required regular customer service? | Yes |
| If yes, did you enjoy the job? What was it? : | For the most part, yes. "The restaurant is the university." There's always someone who may know things you don't know. Most guests are awesome to speak with. |
| Have you supervised people before? | Yes |
| If yes, in what capacity and did you enjoy supervisory roles? : | I have "assisted" in managing different staffs at different places. Inventory was always fun because we got to confirm that we were doing well. |
| Why do you want to work for Waffle House? : | |

## Education
### High School

| | | | | | |
|---|---|---|---|---|---|
| Name and Address : | Slidell High School | | | | |
| GPA | 2.3 | List diploma or degree : | Diploma | Did you graduate? | Yes |

## College - 1

| | | | | |
|---|---|---|---|---|
| Name of School : | University of South Alabama | Branch, if applicable | College of Business | |
| City | Mobile | State : | AL | |
| Major | Business Administration | Minor | Human Resources | |
| From Attendance - Month | 06 | From Year | 1985 | |
| Thru Attendance - Month | 12 | Thru Year | 1994 | |
| GPA | 2.5 | Choose Degree: Graduate? | Bachelor of Science yes | |
| Country | USA | | | |

## College - 2

| | | | |
|---|---|---|---|
| Name of School | University of South Alabama | Branch, if applicable | Computer and Information Sciences |
| City | Mobile | State : | AL |
| Major | Computer Science | Minor | Information Technology |
| From Attendance - Month | 09 | From Year | 2003 |
| Thru Attendance - Month | 08 | Thru Year | 2005 |
| GPA | 4.0 | Choose Degree: | |
| Country | USA | Graduate? | no |

## College - 3

| | | | |
|---|---|---|---|
| Name of School | | Branch, if applicable | |
| City | | State : | no |
| Major | | Minor | |
| From Attendance - Month | | From Year | |
| Thru Attendance - Month | | Thru Year | |
| GPA | | Choose Degree: | |

Country                    USA          Graduate?          choose

Other(specify)

Name and Address :

Course of Study:                        Choose Year                          Did you
                                        Completed:                          graduate?

GPA                                     List diploma or
                                        degree :

# Page 3

## Record of Employment

### Company

| Company Name : | The Pastry Box | Starting Month : | May | Starting Year: | 2010 |
|---|---|---|---|---|---|
| | | Ending Month : | July | Ending Year: | 2011 |
| Type of Business : | Bakery | Business Phone: | 251-478-7444 | | |
| Business Address: | 2004 US. Highway 98 | | | | |
| City: | Daphne | State: | AL | Zip: | 36526 |
| Annual Starting Salary: | 16640 | Annual Last Salary: | 20800 | | |
| Position: | Baker | | | | |
| Describe Fully the work you did : | Met production quota consistently with quality products. Filled in when other people would or could not. Helped with inventory ordering. Maintained and exceeded sanitation standards consistently. Directed other staff as needed in a cooperative environment. | | | | |
| Reason for Leaving: | They closed the store. The number given is for the company that did our payroll. I can get written references from my supervisors. | | | | |
| May We contact your former employer: | | | | | Yes |

### Company

| Company Name : | A&B Marine | Starting Month : | April | Starting Year: | 2001 |
|---|---|---|---|---|---|
| | | Ending Month : | August | Ending Year: | 2005 |
| Type of Business : | Boat Sales | Business Phone: | 251-709-2788 | | |
| Business Address: | 504 Conde Avenue | | | | |
| City: | Dauphin Island | State: | AL | Zip: | 36528 |
| Annual Starting Salary: | 20800 | Annual Last Salary: | 20800 | | |
| Position: | Jack of all Trades | | | | |
| Describe Fully the work you did : | A family business; Every step in restoration of wooden Chris Craft boats from getting them dry-docked to making them pristine sea-worthy craft. Sanding, staining, varnishing, painting, and selling the boat when they were done. I didn't really like the work, but it made grad school doable. | | | | |
| Reason for Leaving: | My father passed away; and hurricane Katrina sort of gummed things up. | | | | |
| May We contact your former employer: | | | | | No |

### Company

| Company Name : | | Starting Month : | | Starting Year: | |
|---|---|---|---|---|---|
| | | Ending Month : | | Ending Year: | |
| Type of Business : | | Business Phone: | | | |
| Business Address: | | | | | |
| City: | | State: | no | Zip: | |
| Annual Starting Salary: | | Annual Last Salary: | | | |
| Position: | | | | | |
| Describe Fully the work you did : | | | | | |
| Reason for Leaving: | | | | | |
| May We contact your former employer: | | | | | No |

# Page 4

| | |
|---|---|
| List Fully any other experiences, skills or qualifications, which you have that would help you succeed in the job.: | Inventory is a specialty - can establish valid pars with a large enough history to collect data from using statistical models. (with a computer) |
| If you are selected for the position, on what date will you be available for work? | 4/25/12 |
| If you are selected for the postion, what are your salary expectations for the first year? | 40,000 |
| Have you read the job description? | Yes |

### Personal Reference

| | |
|---|---|
| Name and Occupation : | Guy Carter, The Carter Group, L.L.C |
| Address : | 6665 Sugar Creek Dr S, Mobile, Alabama |
| Phone Number : | 251-633-5617 |

### Personal Reference

| | |
|---|---|
| Name and Occupation : | Doug Porter, Computer Programmer Extraordinaire for DAC |
| Address : | 2210 Cottage Hill Service Road |
| Phone Number : | 251-545-4070 |

### Personal Reference

| | |
|---|---|
| Name and Occupation : | Michael Ray |
| Address : | 4634 County Road 7, Leesburg, AL 35983 |
| Phone Number : | 256-526-8014 |

*We invite you to complete this information. The information will used to assist us in fulfilling our government reporting obligations and will be detached and kept separately from your employment information. Any information you choose to provide will **NOT** be considered by Waffle House for employment purposes and will be treated as personal and confidential. Your participation is completely voluntary.*

| | |
|---|---|
| Race: | ****** |
| Age: | ****** |
| Sex/Gender: | M |
| How did you find out about Us? | Job Fair |
| If other, how did you find out About us: | |

## IMPORTANT NOTICE TO APPLICANTS
### (Please Read Carefully)

I hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief, and hereby grant Waffle House permission to verify such answers. I understand that any false statement on this application may be considered as sufficient cause for rejection of this application, or for dismissal if such false statement is discovered subsequent to my employment and could result in loss of eligibility for Workers' Compensation benefits.

I understand that I am an "Employee at Will." I agree that my employment and compensation can be terminated with or without notice, at any time at the option of either Waffle House or myself. I understand that no manager or representative of Waffle House has the authority to enter into any agreement for employment contrary to the foregoing.

I understand, as a condition of employment, Waffle House requires all employees to execute an Agreement to Arbitrate any claims arising out of the Employee's employment with Waffle House and arbitration shall be the sole, binding and exclusive forum for resolving such claims.

If employed, I agree to abide by the rules and regulations set down by Waffle House and to hold in strictest confidence all matters relating to Waffle House's business except those that I may be expressly authorized by the proper officers to disclose.

I FULLY UNDERSTAND THAT IF ASSIGNED TO ANY POSITION WHERE MONIES, EQUIPMENT, OR OTHER SUPPLIES OF WAFFLE HOUSE ARE ASSIGNED TO ME OR TO WHICH I AM GIVEN ACCESS, I SHALL BE ACCOUNTABLE FOR THESE ITEMS AND LIABLE FOR ANY SHORTAGES IN SAME TO THE EXTENT PERMITTED BY FEDERAL, STATE AND LOCAL LAW. I AGREE THAT WAFFLE HOUSE MAY DEDUCT FROM ANY MONIES DUE ME, AN AMOUNT TO COVER ANY SHORTAGES FOR WHICH I AM ACCOUNTABLE TO THE EXTENT PERMITTED BY FEDERAL, STATE AND LOCAL LAW.

I UNDERSTAND THAT, PURSUANT TO THE WAFFLE HOUSE POLICY PROHIBITING ILLEGAL DRUGS AND ALCOHOL IN THE WORK PLACE, I MAY BE REQUIRED TO TAKE A TEST FOR ILLEGAL DRUGS PRIOR TO EMPLOYMENT AND AT VARIOUS TIMES DURING EMPLOYMENT. DURING MY EMPLOYMENT, I ALSO MAY BE REQUIRED TO TAKE A TEST FOR ALCOHOL USE PURSUANT TO COMPANY POLICY OR PRACTICES. I AGREE THAT MY REFUSAL TO SUBMIT TO A TEST OR A POSITIVE RESULT ON A TEST MAY RESULT IN MY IMMEDIATE TERMINATION OF, OR CONSIDERATION FOR, EMPLOYMENT.

I have read and understand the above notice and agree to comply with these provisions if I am employed.

| Signature (Initials): | JA | Date : | 4/23/2012 |
|---|---|---|---|

# Policies & Notices

| ACKNOWLEDGE | POLICIES & NOTICES |
|:-----------:|--------------------|
| ✓ | **Important Notice to Applicants** |
| ✓ | **Employment at Will** |
| ✓ | **Food Safety and Employee Health Notice** |
| ✓ | **Drug and Alcohol Testing Notice** |
| ✓ | **Associate Hotline Notice** |
| ✓ | **Group Health Helpline Notice** |
| ✓ | **Workers' Compensation Panel of Physicians Notice** |
| ✓ | **Employee and Employer Rights and Responsibilities Under Family and Medical Leave Act** |
| ✓ | **Management Shortages Policy Notice** |
| ✓ | **Anti-Harassment Policy Summary (Including Sexual Harassment)** |
| ✓ | **Non-Discrimination Policy Summary** |
| ✓ | **Associate Conduct Policy** |
| ✓ | **Ten Laws of Management Conduct Policy** |
| ✓ | **Meal Credit Policy** |
| ✓ | **Tips and Tip Credit Notice** |
| ✓ | **Mandatory Arbitration of Employment Disputes (with Arbitration Program Notice)** |
| JA | **Initials here indicating your explicit WAIVER OF YOUR RIGHT TO A JURY TRIAL FOR EMPLOYMENT DISPUTES** |
|  |  |

# Page 5

| Consent for Credit and Background Information | | |
|---|---|---|

**Applicant/Employee Consent for Credit and Background Information**

Waffle House, Inc. or one of its subsidiaries or affiliates ("Waffle House") may obtain a background check on you, often referred to as a consumer report, for employment purposes. A consumer report under the Fair Credit Reporting Act is defined as any written, oral, or other communication of any information by a consumer reporting agency bearing on a consumer's credit worthiness, credit standing, credit capacity, character, general reputation, personal characteristics, or mode of living, which is used or expected to be used, or collected in whole or in part, for the purpose of serving as a factor in establishing the consumer's eligibility for, among other things, employment purposes.

**Authorization**

By signing below, I agree that I have carefully read the above notice and I consent to the procurement of a background check report, often referred to as a consumer report, for employment purposes. I also acknowledge that, to the extent Waffle House hires me, this authorization shall remain in effect throughout my employment, with no need to request a subsequent authorization.

| Applicant's Legal Name : | Agapos, John Christopher | Social Security # | ███████ |
|---|---|---|---|
| Maiden or Other Names Used : | | | |
| Drivers License # | ██████ | State issued: | AL |
| Current Street Address : | 2113 Belmont Court Mobile AL 36695 | | |
| How Long at Current Steet Address : | From Date: 6/1/1985 - Thru Date: 4/23/2012 | | |
| Previous Street Address : | | | |
| How Long at Previous Steet Address : | | | |
| Date of Birth: | December 23 | | |
| | I Accept ☑ | | |
| Signature (Legal Name): | John Agapos | Date : | 4/23/2012 |

# EXHIBIT B

Case 6:15-cv-01637-RBD-G_K     Document 158-1     Filed 02/01/18     Page 17 of 38 PageID
2733
viewprint1                                                                                      Page 1 of 8

## Waffle House Management Application
### Page 1
### View/Print

| APD that referred you to this form ? | Meyori Brown | | Date completed :<br>8/29/2011 |
|---|---|---|---|
| Social Security # | ▓▓▓▓▓ | E-mail : | Rnlaw2@yahoo.com |
| Last Name : | MCCLINTON | First Name : | CASSANDRA | Middle Initial : | d |

| Current Address : | 808 Tremont St | | | | |
|---|---|---|---|---|---|
| City : | Brighton | State : | AL | Zip : | 35020 |
| Home Phone Number | 205-267-9528 | Work Phone Number | | 205-757-7966 | |

| Name of Person to Notify in the Event of an Emergency : | Allan Mcclinton | | |
|---|---|---|---|
| Emergency Contact's Address : | same | Phone # | 205-215-6294 |

| Are you At Least 21 Years of Age? | Yes |
|---|---|
| Are you eligible for employment in the U.S.? | Yes |
| Do you now or will you later require Waffle House to sponsor you for work authorization in the U.S. ? | No |
| Excluding Minor Traffic violations, have you ever been convicted of a crime in the U.S.? | No |
| If so, describe in full : | |
| Showing Up on time for scheduled work is an essential job function. Do you have a reliable way to get to work? | Yes |
| The job for which you are applying includes, but is not limited to the following essential job functions : bending, lifting, stretching, and standing on your feet for a full 7 to 10 hour shift.  Can you do this with or without accommodation? | Yes |
| Are there days of the week that you will not be able to work? | No |
| If so, list the days : | ,,,,, |
| Were you previously employed by Waffle House? | No |
| If yes, when did you work for Waffle House, what unit were you in and who was your supervisor? : | |
| Reason for Leaving? : | |
| Have you previously applied for this position? | No |
| If yes, when and where? : | |
| Do you have any friends and family who currently work for Waffle House? | No |
| If yes, who are they and where do they work? : | |

20110829044639255P

**Attached Resumé(s)**
No Resumés currently Saved

# Page 2 - with 3 colleges

| | |
|---|---|
| Have you worked in a previous job that required regular customer service? | Yes |
| If yes, did you enjoy the job? What was it? : | Alabama Power Customer Service Center /Southern Company 11 years |
| Have you supervised people before? | Yes |
| If yes, in what capacity and did you enjoy supervisory roles? : | 248 State of Alabama enjoyed and was well respected |
| Why do you want to work for Waffle House? : | |

## Education
### High School

| | | | | |
|---|---|---|---|---|
| Name and Address : | J S Abrams High School Bessemer Al | | | |
| GPA | 2.9 | List diploma or degree : | diploma | Did you graduate? Yes |

### College - 1

| | | | | |
|---|---|---|---|---|
| Name of School : | Miles College | | Branch, if applicable | |
| City | Fairfield | State : | AL | |
| Major | Management | Minor | | |
| From Attendance - Month | 03 | From Year | 2006 | |
| Thru Attendance - Month | 05 | Thru Year | 2008 | |
| GPA | 2.98 | Choose Degree: | Bachelor of Science | |
| Country | USA | Graduate? | yes | |

### College - 2

| | | | | |
|---|---|---|---|---|
| Name of School | Lawson State | | Branch, if applicable | |
| City | Bham | State : | AL | |
| Major | Nursing | Minor | | |
| From Attendance - Month | 03 | From Year | 1993 | |
| Thru Attendance - Month | 05 | Thru Year | 1996 | |
| GPA | 2.89 | Choose Degree: | Associate of Arts | |
| Country | USA | Graduate? | yes | |

### College - 3

| | | | | |
|---|---|---|---|---|
| Name of School | Lawson State | | Branch, if applicable | |
| City | Bham | State : | AL | |
| Major | Computer Science | Minor | | |
| From Attendance - Month | 03 | From Year | 1988 | |
| Thru Attendance - Month | 05 | Thru Year | 1990 | |
| GPA | 2.9 | Choose Degree: | Associate of Arts | |

Country                USA            Graduate?                yes

## Other(specify)

Name and Address :

Course of Study:                    Choose Year Completed:                    Did you
                                                                              graduate?
GPA                                 List diploma or degree :

# Page 3

| Record of Employment | | | | | |
|---|---|---|---|---|---|
| **Company** | | | | | |
| Company Name : | Cox Media | Starting Month : | January | Starting Year: | 2011 |
| | | Ending Month : | June | Ending Year: | 2011 |
| Type of Business : | radio | Business Phone: | 205-916-1100 | | |
| Business Address: | 2700 Corporate Dr | | | | |
| City: | bham | State: | AL | Zip: | |
| Annual Starting Salary: | 1980 mo | Annual Last Salary: | 1980 mo | | |
| Position: | office support/Receptionist | | | | |
| Describe Fully the work you did : | Build Professional relationships with the customers and other teams. Answers multi-line phone, handle related correspondence and other functions as necessary. Maintain private and confidential departmental files, records and issues. Investigate and follow through on areas of concerns. Maintain departmental logs, reports and/or data entry for functional databases. Transcribe audio for commercial advertisement. Assist Account Payable including notarizing documents. Substituted approximately 2 years for the prior receptionist until her departure | | | | |
| Reason for Leaving: | merger | | | | |
| May We contact your former employer: | | | | | Yes |
| **Company** | | | | | |
| Company Name : | BJCC | Starting Month : | February | Starting Year: | 2006 |
| | | Ending Month : | March | Ending Year: | 2009 |
| Type of Business : | ENTERTAINMENT | Business Phone: | 205-458-8400 | | |
| Business Address: | 2100 R.A Arrington BLVD | | | | |
| City: | Bham | State: | AL | Zip: | |
| Annual Starting Salary: | 11.00 hr | Annual Last Salary: | 13.00 hr. | | |
| Position: | Dispatcher | | | | |
| Describe Fully the work you did : | Monitor 120 cameras internal and external through constant Surveillance. Maintain safety of employees as well as the public. Monitor response of public units, radio transmissions and alarm systems. | | | | |
| Reason for Leaving: | resigned parents sickly | | | | |
| May We contact your former employer: | | | | | Yes |
| **Company** | | | | | |
| Company Name : | Capitol Care South | Starting Month : | November | Starting Year: | 2008 |
| | | Ending Month : | March | Ending Year: | 2009 |
| Type of Business : | Mental Health | Business Phone: | 205-951-2000 | | |
| Business Address: | Commerce Blvd | | | | |
| City: | Irondale | State: | AL | Zip: | 35020 |
| Annual Starting Salary: | 13.00 hr | Annual Last Salary: | 13.00 hr | | |
| Position: | Administrative Assist | | | | |
| Describe Fully the work you did : | Assist Executive Director and staff with daily operations. Perform a variety of duties including data entry, scheduling appointments as well as staff meetings. Acquire a general knowledge of company guidelines and policies. Manage and organize appointment calendar and schedule meetings. Create and maintains departmental filing systems. | | | | |
| Reason for Leaving: | resigned parents sickly | | | | |
| May We contact your former employer: | | | | | Yes |

# Page 4

| List Fully any other experiences, skills or qualifications, which you have that would help you succeed in the job.: | Bachelor in Management Degree, HR experience, 11 plus years of Customer Service, Payroll and Office management experience |
|---|---|
| If you are selected for the position, on what date will you be available for work? | 09/01/2011 |
| If you are selected for the postion, what are your salary expectations for the first year? | 40,000.00 |
| Have you read the job description? | Yes |

### Personal Reference

| Name and Occupation : | Bobby Williams | |
| Address : | Huntsville, Al | |
| Phone Number : | 205-222-3158 | |

### Personal Reference

| Name and Occupation : | Pat Stephens | |
| Address : | Bham Al | |
| Phone Number : | 205-602-9339 | |

### Personal Reference

| Name and Occupation : | Carolyn Black | |
| Address : | Alabaster Al | |
| Phone Number : | 205-356-0298 | |

*We invite you to complete this information. The information will used to assist us in fulfilling our government reporting obligations and will be detached and kept separately from your employment information. Any information you choose to provide will **NOT** be considered by Waffle House for employment purposes and will be treated as personal and confidential. Your participation is completely voluntary.*

| Race: | ****** |
| Age: | ****** |
| Sex/Gender: | F |
| How did you find out about Us? | Internet |
| If other, how did you find out About us: | |

## IMPORTANT NOTICE TO APPLICANTS
### (Please Read Carefully)

I hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief, and hereby grant Waffle House permission to verify such answers. I understand that any false statement on this application may be considered as sufficient cause for rejection of this application, or for dismissal if such false statement is discovered subsequent to my employment and could result in loss of eligibility for Workers' Compensation benefits.

I understand that I am an "Employee at Will." I agree that my employment and compensation can be terminated with or without notice, at any time at the option of either Waffle House or myself. I understand that no manager or representative of Waffle House has the authority to enter into any agreement for employment contrary to the foregoing.

I understand, as a condition of employment, Waffle House requires all employees to execute an Agreement to Arbitrate any claims arising out of the Employee's employment with Waffle House and arbitration shall be the sole, binding and exclusive forum for resolving such claims.

If employed, I agree to abide by the rules and regulations set down by Waffle House and to hold in strictest confidence all matters relating to Waffle House's business except those that I may be expressly authorized by the proper officers to disclose.

I FULLY UNDERSTAND THAT IF ASSIGNED TO ANY POSITION WHERE MONIES, EQUIPMENT, OR OTHER SUPPLIES OF WAFFLE HOUSE ARE ASSIGNED TO ME OR TO WHICH I AM GIVEN ACCESS, I SHALL BE ACCOUNTABLE FOR THESE ITEMS AND LIABLE FOR ANY SHORTAGES IN SAME TO THE EXTENT PERMITTED BY FEDERAL, STATE AND LOCAL LAW. I AGREE THAT WAFFLE HOUSE MAY DEDUCT FROM ANY MONIES DUE ME, AN AMOUNT TO COVER ANY SHORTAGES FOR WHICH I AM ACCOUNTABLE TO THE EXTENT PERMITTED BY FEDERAL, STATE AND LOCAL LAW.

I UNDERSTAND THAT, PURSUANT TO THE WAFFLE HOUSE POLICY PROHIBITING ILLEGAL DRUGS AND ALCOHOL IN THE WORK PLACE, I MAY BE REQUIRED TO TAKE A TEST FOR ILLEGAL DRUGS PRIOR TO EMPLOYMENT AND AT VARIOUS TIMES DURING EMPLOYMENT. DURING MY EMPLOYMENT, I ALSO MAY BE REQUIRED TO TAKE A TEST FOR ALCOHOL USE PURSUANT TO COMPANY POLICY OR PRACTICES. I AGREE THAT MY REFUSAL TO SUBMIT TO A TEST OR A POSITIVE RESULT ON A TEST MAY RESULT IN MY IMMEDIATE TERMINATION OF, OR CONSIDERATION FOR, EMPLOYMENT.

I have read and understand the above notice and agree to comply with these provisions if I am employed.

Case 6:15-cv-01637-RBD-G_K    Document 158-1    Filed 02/01/18    Page 22 of 38 PageID
2738
viewprint1                                                                    Page 8 of 8

| Signature (Initials): | CDM | | Date : | 8/29/2011 |
|---|---|---|---|---|

# Policies & Notices

| ACKNOWLEDGE | POLICIES & NOTICES |
|---|---|
| ✓ | **Important Notice to Applicants** |
| ✓ | **Employment at Will** |
| ✓ | **Food Safety and Employee Health Notice** |
| ✓ | **Drug and Alcohol Testing Notice** |
| ✓ | **Associate Hotline Notice** |
| ✓ | **Group Health Helpline Notice** |
| ✓ | **Workers' Compensation Panel of Physicians Notice** |
| ✓ | **Employee and Employer Rights and Responsibilities Under Family and Medical Leave Act** |
| ✓ | **Management Shortages Policy Notice** |
| ✓ | **Anti-Harassment Policy Summary (Including Sexual Harassment)** |
| ✓ | **Non-Discrimination Policy Summary** |
| ✓ | **Associate Conduct Policy** |
| ✓ | **Ten Laws of Management Conduct Policy** |
| ✓ | **Meal Credit Policy** |
| ✓ | **Tips and Tip Credit Notice** |
| ✓ | **Mandatory Arbitration of Employment Disputes (with Arbitration Program Notice)** |
| CDM | **Initials here indicating your explicit WAIVER OF YOUR RIGHT TO A JURY TRIAL FOR EMPLOYMENT DISPUTES** |
| | |

# Page 5

| Consent for Credit and Background Information |
|---|

Applicant/Employee Consent for Credit and Background Information

   Waffle House, Inc. or one of its subsidiaries or affiliates ("Waffle House") may obtain a background check on you, often referred to as a consumer report, for employment purposes. A consumer report under the Fair Credit Reporting Act is defined as any written, oral, or other communication of any information by a consumer reporting agency bearing on a consumer's credit worthiness, credit standing, credit capacity, character, general reputation, personal characteristics, or mode of living, which is used or expected to be used, or collected in whole or in part, for the purpose of serving as a factor in establishing the consumer's eligibility for, among other things, employment purposes.

Authorization

   By signing below, I agree that I have carefully read the above notice and I consent to the procurement of a background check report, often referred to as a consumer report, for employment purposes. I also acknowledge that, to the extent Waffle House hires me, this authorization shall remain in effect throughout my employment, with no need to request a subsequent authorization.

| Applicant's Legal Name : | mcclinton, cassandra dee | Social Security# | ███████ |
|---|---|---|---|
| Maiden or Other Names Used : | | | |
| Drivers License # | ██████ | State issued: | AL |
| Current Street Address : | 808 tremont St Brighton AL 35020 | | |
| How Long at Current Steet Address : | From Date: 12/1/2005 - Thru Date: 9/1/2011 | | |
| Previous Street Address : | 4000 Smithfield Forest Pl Pleasant Grove AL 35020 | | |
| How Long at Previous Steet Address : | From Date: 12/1/1999 - Thru Date: 12/1/2005 | | |
| Date of Birth: | November 03 | | |

I Accept ☑

| Signature (Legal Name): | cassandra mcclinton | Date : | 8/29/2011 |
|---|---|---|---|

# EXHIBIT C



# Polices and Notices

## IMPORTANT NOTICE TO APPLICANTS

I hereby certify that all of the information contained in this Application is true and correct to the best of my knowledge and belief, and hereby grant Company permission to verify such information. I understand that any false statement on this application may be considered as sufficient cause for rejection of this application, or for dismissal if such false statement is discovered subsequent to my employment and could result in loss of eligibility for Workers' Compensation benefits.

## EMPLOYMENT AT WILL

I understand that if I am offered and accept employment with the Company, I will be considered an "Employee at Will." I agree that my employment and compensation can be terminated with or without notice, at any time at the option of either Company or myself. I understand that no manager or representative of the Company has the authority to enter into any agreement for employment contrary to the foregoing.

## FOOD SAFETY AND EMPLOYEE HEALTH NOTICE

Sick Associates can carry and transfer disease-causing bacteria and viruses to Customers and other Associates through food, equipment and utensils they handle, both before symptoms of an illness appear and after symptoms have passed. ***Restaurant Associates must therefore report information about their health to Manager(s) or other persons in charge as follows:***

**Symptoms to Report:**
   Vomiting or Diarrhea
   Jaundice
   Sore throat with fever
   A Lesion (boil or infected wound) containing pus that is not properly bandaged

**Infections/Diseases to Report:**  If, in last 3 months diagnosed with or in last 30 days exposed to:
   Norovirus
   Hepatitis A
   Shigella spp.
   Shiga-toxin producing Escheria Coli ("E.Coli")
   Salmonella Typhi

***An Associate who exhibits or reports any of these symptoms, infections or diseases can not work in a Restaurant unless certain precautions are taken or, in some cases, until the symptoms or certain time periods have passed.*** Please call Group Health if you have questions regarding above. These requirements do not alter or replace other related company policies or practices such as attendance control or leave of absence policies or practices. Associates may be required to submit proof of illness or symptoms under attendance control practices.

## DRUG AND ALCOHOL TESTING NOTICE

I UNDERSTAND THAT, PURSUANT TO THE COMPANY POLICY PROHIBITING ILLEGAL DRUGS AND ALCOHOL IN THE WORKPLACE, I MAY BE REQUIRED TO TAKE A TEST FOR ILLEGAL DRUGS PRIOR TO EMPLOYMENT AND AT VARIOUS TIMES DURING EMPLOYMENT. DURING MY EMPLOYMENT, I ALSO MAY BE REQUIRED TO TAKE A TEST FOR ALCOHOL USE PURSUANT TO COMPANY POLICY OR PRACTICES. I AGREE THAT MY REFUSAL TO SUBMIT TO A TEST OR A POSITIVE RESULT ON A TEST MAY RESULT IN MY IMMEDIATE TERMINATION OF, OR CONSIDERATION FOR, EMPLOYMENT.

**WAFFLE HOUSE**                              **Polices and Notices**

### ASSOCIATE HOTLINE NOTICE
### 1-800-818-6943

The Company provides an Associate Hotline for you to report your concerns.  Use the Hotline any time you believe that you or your fellow Associates have been mistreated or subjected to violations of Company policy.  The Company sincerely wants your input; so for example:

- If you have been required, encouraged or allowed to "work off the clock" or to not record accurately the exact times you work.  **CALL THE HOTLINE!**

- If you have been required, encouraged or allowed to pay cash for register shortages.  **CALL THE HOTLINE!**

- If you feel you have been harassed or discriminated against or have seen harassment or discrimination against Associates or Customers.  **CALL THE HOTLINE!**

- If you observe or hear about the use or distribution of alcohol, illegal drugs or misuse of prescription drugs on Company property.  **CALL THE HOTLINE!**

- If you have tried to resolve your concerns with your Unit, District or Division Manager, but are still unsatisfied with the results.  **CALL THE HOTLINE!**

Information will be kept confidential to the extent feasible in conducting a thorough investigation and taking appropriate, corrective action.  Under no circumstances will the Company tolerate any retaliation against an Associate who uses the HOTLINE and you must immediately notify the HOTLINE again if you are subjected to retaliation.

### GROUP HEALTH HELPLINE NOTICE
### 1-770-729-5720

The Company offers great health benefits – medical, dental, and life.  This is an excellent benefit as the Company shares the cost with you by paying a portion of your premiums.

If you are interested, here's what you need to do:

- Ask your Manager to print out the latest enrollment, coverage and premium information off the computer.

- If your Manager does not have forms or if you have any questions, please call the Group Health Helpline at (770) 729-5720.

    There are deadlines for signing up, so if you want these benefits, you should enroll right away.  Coverage will not become effective until 30 days after your enrollment form is received in the Group Health Department.

### WORKERS' COMPENSATION PANEL OF PHYSICIANS NOTICE

I understand that a notice of Required Panel of Physicians for the state in which I am employed, if any, may be posted in the workplace and is available through contacting the Group Health Helpline.  I understand that if I am injured at work and emergency treatment is not necessary, that I must accept the services of a Physician listed on any such Required Panel of Physicians.  If I choose a Physician not listed on any Required Panel of Physicians, I may do so; however, I will

**WAFFLE HOUSE.** Polices and Notices

be liable for those medical expenses. A Physician selected from any Required Panel of Physicians may arrange for appropriate consultations, referrals, and other specialized medical services as the nature of the injury requires. If I am dissatisfied with the Physician selected from the Required Panel of Physicians, I can make one change to another Physician listed on the Required Panel of Physicians without permission from the Company's Workers' Compensation administrators or any state agency. In case of emergency, I should be taken to the nearest emergency room. However, all follow up care must thereafter be rendered by a Physician selected from the Required Panel of Physicians, if any, or by a Panel Physician's referral.

I also understand that:
- I must notify my supervisor and the Company's Workers' Compensation administrators as soon as possible after any injury occurs, regardless of the extent of the injury, and that delay in notification may result in denial of payment for medical services rendered and other benefits
- the Internal Revenue Service requires that I report all tip income, if any, to my employer and that if I fail to report all tip income, this could result in a reduction of any Workers' Compensation Benefits to which I might be entitled
- if I am involved in a work related accident or injury and I refuse to take a drug or alcohol test or test positive for illegal drugs or alcohol use, that the same could result in a denial of any Workers' Compensation Benefits that might be due.

### EMPLOYEE RIGHTS AND RESPONSIBILITIES UNDER THE FAMILY AND MEDICAL LEAVE ACT

**Basic Leave Entitlement**
FMLA requires covered employers to provide up to 12 weeks of unpaid, job-protected leave to eligible employees for the following reasons:
• For incapacity due to pregnancy, prenatal medical care or child birth;
• To care for the employee's child after birth, or placement for adoption or foster care;
• To care for the employee's spouse, son or daughter, or parent, who has a serious health condition; or
• For a serious health condition that makes the employee unable to perform the employee's job.

**Military Family Leave Entitlements**
Eligible employees with a spouse, son, daughter, or parent on active duty or call to active duty status in the National Guard or Reserves in support of a contingency operation may use their 12-week leave entitlement to address certain qualifying exigencies. Qualifying exigencies may include attending certain military events, arranging for alternative childcare, addressing certain financial and legal arrangements, attending certain counseling sessions, and attending post-deployment reintegration briefings.

FMLA also includes a special leave entitlement that permits eligible employees to take up to 26 weeks of leave to care for a covered servicemember during a single 12-month period. A covered servicemember is a current member of the Armed Forces, including a member of the National Guard or Reserves, who has a serious injury or illness incurred in the line of duty on active duty that may render the servicemember medically unfit to perform his or her duties for which the servicemember is undergoing medical treatment, recuperation, or therapy; or is in outpatient status; or is on the temporary disability retired list.

**Benefits and Protections**
During FMLA leave, the employer must maintain the employee's health coverage under any "group health plan" on the same terms as if the employee had continued to work. The employee must continue to pay his/her portion of the health insurance program. Upon return from FMLA leave, most employees must be restored to their original or equivalent positions with equivalent



# Polices and Notices

pay, benefits, and other employment terms. Use of FMLA leave cannot result in the loss of any employment benefit that accrued prior to the start of an employee's leave.

## Eligibility Requirements
Employees are eligible if they have worked for a covered employer for at least one year, for 1,250 hours over the previous 12 months, and if at least 50 employees are employed by the employer within 75 miles.

## Definition of Serious Health Condition
A serious health condition is an illness, injury, impairment, or physical or mental condition that involves either an overnight stay in a medical care facility, or continuing treatment by a health care provider for a condition that either prevents the employee from performing the functions of the employee's job, or prevents the qualified family member from participating in school or other daily activities.

Subject to certain conditions, the continuing treatment requirement may be met by a period of incapacity of more than 3 consecutive calendar days combined with at least two visits to a health care provider or one visit and a regimen of continuing treatment, or incapacity due to pregnancy, or incapacity due to a chronic condition. Other conditions may meet the definition of continuing treatment.

## Use of Leave
An employee does not need to use this leave entitlement in one block. Leave can be taken intermittently or on a reduced leave schedule when medically necessary. Employees must make reasonable efforts to schedule leave for planned medical treatment so as not to unduly disrupt the employer's operations. Leave due to qualifying exigencies may also be taken on an intermittent basis.

## Substitution of Paid Leave for Unpaid Leave
Employees may choose or employers may require use of accrued paid leave while taking FMLA leave. In order to use paid leave for FMLA leave, employees must comply with the employer's normal paid leave policies.

## Employee Responsibilities
**Employees are required to contact Group Health by phone or in writing to request a Leave of Absence.** Employees must provide 30 days advance notice of the need to take FMLA leave when the need is foreseeable. When 30 days notice is not possible, the employee must provide notice as soon as practicable and generally must comply with an employer's normal call-in procedures.

Employees must provide sufficient information for the employer to determine if the leave may qualify for FMLA protection and the anticipated timing and duration of the leave. Sufficient information may include that the employee is unable to perform job functions, the family member is unable to perform daily activities, the need for hospitalization or continuing treatment by a health care provider, or circumstances supporting the need for military family leave. Employees also must inform the employer if the requested leave is for a reason for which FMLA leave was previously taken or certified. Employees also may be required to provide a certification and periodic recertification supporting the need for leave.

## Employer Responsibilities
Covered employers must inform employees requesting leave whether they are eligible under FMLA. If they are, the notice must specify any additional information required as well as the employees' rights and responsibilities. If they are not eligible, the employer must provide a reason for the ineligibility.

**WAFFLE HOUSE** ®

## Polices and Notices

Covered employers must inform employees if leave will be designated as FMLA-protected and the amount of leave counted against the employee's leave entitlement. If the employer determines that the leave is not FMLA-protected, the employer must notify the employee.

**Unlawful Acts by Employers**
FMLA makes it unlawful for any employer to:
• Interfere with, restrain, or deny the exercise of any right provided under FMLA;
• Discharge or discriminate against any person for opposing any practice made unlawful by FMLA or for involvement in any proceeding under or relating to FMLA.

**Enforcement**
An employee may file a complaint with the U.S. Department of Labor or may bring a private lawsuit against an employer.

FMLA does not affect any Federal or State law prohibiting discrimination, or supersede any State or local law or collective bargaining agreement which provides greater family or medical leave rights.

**For additional information:** Contact US Wage & Hour Division at 1-866-4US-WAGE (1-866-487-9243) TTY: 1-877-889-5627 / WWW.WAGEHOUR.DOL.GOV

### CASH REGISTER SHORTAGES POLICY NOTICE

The manager or designee will change the cash drawer at each shift change.  One sales representative from that shift will be required to count the drawer and determine if there are any discrepancies between the cash and the shift sales.  After the beginning balance of the change-drawer has been removed from the drawer, if the amount remaining is less than the shift sales, the difference represents a "cash shortage."  A cash register shortage form will be completed at the end of each shift if a cash register shortage is determined.  Shortages will be charged to all Associates having working access to the cash drawer on that shift.

Each Associate on a shift having working access to a cash drawer is responsible for the cash drawer.  In addition, any other Associate, hourly or management, who in any way affects the cash in the register (for example:  takes cash for sales, makes change, pays invoices for deliveries received), will also be charged for cash shortages.

**For purposes of this policy, deductions for shortages charged to Associates will be made to the extent permitted by federal and state law.  Associates must be paid the applicable minimum wage and overtime rates as established by state law and the Fair Labor Standards Act.**

### MANAGEMENT SHORTAGES POLICY NOTICE

**Unit Manager**

Unit Managers are responsible for all monies assigned to them in conjunction with their position.  All bank deposits must be made daily, and Unit Managers are responsible for any bank deposit held on hand after 2:00 p.m. on the day following the date sales are made.  Unit Managers are responsible for any bank deposit stolen or misplaced after 2:00 p.m.

In the event a night deposit bag must be used (such as on Saturday, Sunday, or any holiday), the Unit Manager is responsible for assuring that such night deposit bag is used to make the deposit.  If the night deposit bag is not used, the Unit Manager is responsible for any loss which occurs from this negligence.

**WAFFLE HOUSE**

# Polices and Notices

If any money is lost, stolen or misplaced as a result of a safe or lock box in the Unit Manager's unit being unlocked or open or as a result of the office door to such unit being unlocked or open, the Unit Manager is responsible for all such monies lost, stolen or misplaced. If at the end of a Unit Manager's shift the register does not balance and total monies collected does not equal total sales by cash reading, the Unit Manager is responsible for completing the appropriate cash register shortage forms. If the Unit Manager fails to properly complete these forms and a shortage results, the Unit Manager will be responsible for this shortage.

If at any time the Unit Manager's safe is audited and found to be short and a subsequent audit of the cash register does not reveal an overage in a like amount (a similar overage would indicate a mistake in transfer of change from safe to cash register), the Unit Manager is responsible for the loss.

Any cash register robbery which contains money from an earlier shift is the Unit Manager's responsibility. (As an example: If a robbery occurs at midnight, and the register had not been pulled at 9:00 p.m., the loss of 2nd shift sales is the Unit Manager's responsibility.)

It is strictly against company policy to make salary advances or loans. If at any time, tickets of this nature or personal checks are found in a cash box for which a Unit Manager is responsible, it will be regarded as a cash shortage for the amount of such tickets or checks, and the Unit Manager will be held responsible for this shortage.

The Unit Manager is responsible for cash shortages and food shortages at his\her unit. Upon being relieved of duty, if a Unit Manager should check out "short," the Unit Manager will be responsible for this shortage.

Company policy requires the Unit Manager checking out of the unit to conduct a cash and commissary audit with the replacement Unit Manager checking into the unit. Failure of the replacement Unit Manager checking into the unit to conduct a cash and commissary audit by 7:00 a.m. shall result in any shortages being assigned to the replacement Unit Manager checking into the unit.

Disciplinary fines, and shortages in cash, food, property or other casualty losses for which a Unit Manager is responsible will only be deducted from any bonuses and vacation monies that are due to a Unit Manager, to the extent permitted by applicable state and federal law. Disciplinary fines and shortages in cash, food, property or other casualty losses will not be deducted from a Unit Manager's guaranteed base salary.

**District Manager**

A District Manager is responsible for assuring that all bank deposits for those units for which he/she is the District Manager are made prior to 2:00 p.m. on the day following the date of which the sales are taken in.

It is the District Manager's responsibility to ensure that all bank deposits are current. The District Manager must verify deposits made on Monday – Friday on a daily basis. The District Manager must verify weekend deposits by 2:00 p.m. on Monday. If a District Manager leaves any unit without personally verifying that the bank deposits are current, any resulting loss becomes the responsibility of the District Manager. As an example: If on May 4, John Smith, Manager of Unit #100, left the Company with $1,000 and of that amount $700 represented deposits that should have been made on May 1, 2 and 3, the loss of $700 (in addition to any personal checks or tickets for salary advances, loans, etc., left in the cash box), shall be reimbursed to the Company by the District Manager.

 **Polices and Notices**

### ANTI-HARASSMENT POLICY SUMMARY (INCLUDING SEXUAL HARASSMENT)

The Company's goal is to provide a workplace free of harassment, including harassment based on race, color, religion, age, gender, pregnancy, national origin, disability, or any other basis protected by state or federal law. The Company will not tolerate harassment of Associates by managers, supervisors or co-workers or harassment by Associates of its customers or vendors. The Company will also attempt to protect its Associates from harassment by its customers or vendors in the workplace.

### PROHIBITED CONDUCT CAN BE VERBAL, PHYSICAL OR WRITTEN AND INCLUDES:
**Unwelcome physical or verbal advances, including requests for sex.**
This includes unwelcome flirtations, patting, pinching, brushing up against, hugging, cornering, kissing, fondling, putting one's arm around another or any other similar physical contact considered unwelcome by another person.
**Unwelcome requests or demands for favors, including sex.**
This includes unwelcome propositions, suggestions or requests for any type of favor, including sexual favors or dates, whether or not they are tied to offers of special treatment at work such as better hours, job assignments or promotions or threat of negative action against an Associate.
**Verbal abuse, jokes or comments containing slurs, unwelcome sexual comments, negative stereotypes or other offensive comments.**
This includes jokes, whistling, crude or offensive comments about national origin, race, sex, gender, color, religion, age, pregnancy, disability or marital status that are unwelcome and considered offensive or comments about an Associate's body or appearance, where such comments go beyond mere courtesy and especially where such comments are made on a frequent or regular basis.
**Offensive conduct or visual displays.**
This includes leering, gestures, pranks, displaying of objects, pictures, cartoons, letters, graffiti, notes or posters that are obscene or sexually suggestive, racially derogatory or the like.

### NON-DISCRIMINATION POLICY SUMMARY:

It is the Company's policy not to discriminate against any Associate or any Customer on the basis of race, color, national origin, gender, age, pregnancy, disability, religion, military status or any other illegal basis.

### EMPLOYMENT DISCRIMINATION SUMMARY
Unlawful discrimination occurs in the workplace when an Associate is treated differently or unfairly because of race, color, religion, age, gender, national origin, pregnancy, disability or military status. Discrimination also includes showing favoritism to an Associate because of race, color, religion, age, gender, national origin or lack of disability. Employment discrimination includes failing or refusing to hire an individual, firing an Associate, or otherwise treating an individual differently with respect to pay, hours of work, schedule, job tasks, promotion, discipline, attendance or any other part of the job because of an individual's race, color, religion, age, gender, national origin, pregnancy, disability or military status.

### CUSTOMER DISCRIMINATION, FAIR AND EQUAL TREATMENT
The Company's goal is to provide great customer service and fair and equal treatment and service to all its customers. The following guidelines apply:
- Treat all customers with respect and dignity. Speak with customers in a professional manner at all times. Never use racial slurs, make sexual comments, swear, use vulgar language, tell racist or other offensive jokes or make degrading comments about anyone's race, color, national origin, disability, religion or the like.
- Never refuse to provide service to or provide bad service to any customer because you guess or believe the customer to be a low tipper. Provide consistent, fast, good service to everyone.
- Give the same friendly greeting to all customers when they enter a Waffle House restaurant and have a friendly and positive attitude with all customers.

**WAFFLE HOUSE**                    **Polices and Notices**

- Try to accommodate everyone's seating and smoking preferences.  Otherwise, try to wait on customers in the order they entered the restaurant.
- Do not make a customer wait for service while you perform tasks that can be completed later—such as socializing with other Associates, customers or talking on the telephone.
- If a single customer is occupying a booth and you need the booth for a larger party, professionally and politely explain the situation to the single customer and ask that the customer move from the booth to the high/low counter.  Never demand or force a customer to move from a booth to a counter.
- Never ask a customer to pre-pay for a **dine-in** meal. To-Go orders must be paid for when ordered.
- Never add a tip or service charge to any dine-in customer's guest check.
- Never refuse to take a To-Go order from a customer that is in the restaurant.

**TAKING ANY OF THE FOLLOWING ACTIONS ON THE BASIS OF A CUSTOMER'S RACE, COLOR, NATIONAL ORIGIN, DISABILITY OR RELIGION IS PROHIBITED:**
- Refusing to provide service, or providing lesser service, to that customer
- Requiring pre-payment from that customer for a **dine-in** meal
- Seating that customer out-of-turn, refusing to seat, or requiring that customer to wait longer to be seated
- Refusing to take an order from, or requiring that customer to wait longer to place an order
- Serving improperly cooked food or food unfit to eat, to that customer
- Making slurs or derogatory or improper comments about that customer
- Threatening or causing the removal of that customer from a restaurant

**REPORTING:**
**ASSOCIATES AND MANAGERS MUST IMMEDIATELY REPORT SUSPECTED VIOLATIONS OF THESE POLICIES OR GUIDELINES BY CALLING THE ASSOCIATE HOTLINE OR THE LEGAL DEPARTMENT AT 770-729-5700 OR BY SENDING A WRITTEN STATEMENT TO THE LEGAL DEPARTMENT.  ANY MANAGER WHO SEES OR HEARS ABOUT A SUSPECTED INCIDENT OF HARASSMENT OR DISCRIMINATION AND FAILS TO REPORT THAT INCIDENT MAY BE SUBJECT TO IMMEDIATE TERMINATION.**

**RETALIATION PROHIBITED**
Any manager, supervisor or other Associate who retaliates against an Associate who reports an alleged violation of these policies will be subject to immediate termination or other discipline. Retaliation occurs when an Associate reports discrimination or harassment; complains about a workplace policy, rule or condition; or voices any complaint, and solely as a result of the honest reporting of such report or complaint, the Associate is subjected to a negative employment action, which may include termination, demotion, reduced hours, denial of a transfer, a leave of absence, a promotion or the like.

**Violations of This Policy**
*The Company takes matters of harassment and discrimination very seriously.  Upon completion of an investigation, the Company will take appropriate corrective action.  Any Associate found to have violated any of these policies or guidelines may be subject to immediate termination of employment or other discipline*.


**ASSOCIATE CONDUCT POLICY NOTICE**

This Associate Conduct Policy is intended to promote the safety and welfare of all the Company's Associates and guests by prohibiting certain unsafe, illegal and unprofessional conduct.  This policy is not intended to cover every possible situation and additional prohibited conduct may be set forth in the Associate's Handbook and the Management Policies and Procedures Manual.   Any violation of this and other policies subjects an Associate to

**WAFFLE HOUSE**

# Polices and Notices

disciplinary action up to and including immediate termination of employment without further notice.  Prohibited conduct under this policy includes, but is not limited to the following:

- Fighting or attempting bodily injury to another, or threatening, intimidating, or coercing another on Company premises.
- Possessing a concealed or dangerous weapon while on Company premises.
- Embezzling and/or pilfering (unauthorized removal, storage, transfer or utilization) of Company, guest or Associate property.
- Falsifying or altering employment records, time records, work schedules, payroll records, an employment application or providing false or misleading information prior to or during employment.
- Behaving immorally or indecently, soliciting persons for immoral purposes, or behaving in such a manner that publicly embarrasses the Company.
- Drinking while on duty, possessing or using drugs or alcohol on Company premises or reporting for work under the influence of drugs or alcohol.
- Acting with insubordination, willful disregard or disrespect toward a supervisor or representative of management or failing to obey or to perform work as required or assigned.
- Using profane, discourteous, abusive or rude language or actions toward another on Company premises.  NOTE:  Courtesy and consideration are a vital part of our business. Discourtesy and rudeness to others will not be tolerated.
- Soliciting gratuities from customers or commenting in any way regarding the amount of gratuity given.  No Associate may add a gratuity to a dine-in guest check at any time.
- Acting neglectfully, carelessly or mischievously, which results in loss, damage, breakage or destruction of Company property or property of customers, fellow Associates or others or which contributes to unsanitary conditions.
- Taking unauthorized breaks or otherwise leaving the job without permission.  Leaving an assigned work area or being in other than an assigned work area without authorization from your supervisor.
- Sleeping on the job or while on duty.
- Dining, smoking or snacking at any time other than during meal or break periods, or in areas other than designated by your Supervisor.  Taking food or food scraps from the restaurant premises under any condition.
- Gambling or engaging in gambling activities on Company premises.
- Failing to observe established fire, safety, civil defense rules or established safety practices, engaging in dangerous or potentially dangerous horseplay, or failing to report any personal injury sustained while on duty.
- Failing to report for work in proper uniform or to comply with established dress and grooming requirements.
- Using Company equipment, materials or facilities for purposes other than Company business without authorization.
- Failing to call or report for work as scheduled or failing to give adequate notice of inability to report for work.  NOTE:  Restaurant Associates should always call in 6 hours prior to the scheduled shift or farther in advance if possible.  Corporate Associates should call in within the first hour of the work day.
- Leaving the work place during a shift without prior authorization from the Supervisor will be considered an automatic voluntary termination.
- Committing any crime prohibited under federal, state or local law while on Company business or premises.



# Polices and Notices

## TEN LAWS OF MANAGEMENT CONDUCT NOTICE

### EMPLOYMENT PRACTICES

- **DISCRIMINATION**:  Management shall not discriminate against any job applicant, Associate or Customer based upon race, color, religion, age, gender, national origin, pregnancy or disability, nor allow other Associates to do so.

- **SEXUAL HARASSMENT AND DATING**:      Management shall not violate the Company policy on Sexual Harassment nor allow other Associates to do so.  Management may not date anyone within their chain of command.

### PAY POLICIES

- **PAYROLL MANIPULATIONS**:  Management must pay Associates for all hours worked, bonuses and overtime in accordance with Company pay plans.  Cash register shortages may only be collected via the CRS Form within the payroll system.  Management shall not withhold an Associate's normal pay without SVP or Legal Department approval.

- **MANIPULATION OF PERFORMANCE DATA**:  Management shall not manipulate or falsify payrolls, sales, costs, audits, personnel data or other performance measures for personal or third party gain, profit or stature.

### PERSONAL CONDUCT

- **ABUSIVE, HUMILIATING AND OTHER UNPROFESSIONAL BEHAVIOR**:  Management shall not abuse or humiliate Associates or Customers, either verbally or with threat of physical force.  Management shall not behave in a manner that brings discredit to the Company.

- **RETALIATION**:  Management shall not retaliate or take any adverse employment action (e.g., termination, demotion, transfer or schedule manipulation) against an Associate for reporting a violation of Company policies.

- **THEFT, LOAN OR MISUSE OF COMPANY PROPERTY**:  Management shall not borrow nor loan Company funds for their own or another's use, or otherwise misappropriate Company property.  Management shall not falsify expense reports.

- **INVESTIGATIONS**:  Management shall not lie, falsify, embellish, or omit facts with respect to any internal or legal investigation or audit.  Also, management shall not misrepresent or fail to reports workers' compensation injuries.

- **SUBSTANCE ABUSE, FIREARMS, PHYSICAL FORCE**:  Management shall not violate Company policy on drugs, alcohol or other substance abuse, firearms or use of physical force.

- **CONFIDENTIALITY AND PRIVACY**:  Management shall honor the confidentiality and privacy of Waffle House System financial, operating and personal data, and shall not disclose to the media, or in public or private, any information which is not authorized for release. Management shall refrain from elaborating upon or commenting on information which has been published to the media.



# Polices and Notices

### MANDATORY ARBITRATION OF EMPLOYMENT DISPUTES

In consideration of any offer of employment made by Company, Waffle House, Inc. or any of their respective affiliates or subsidiaries (in each case and collectively, "Employer") on or after the date of this Application, I agree that any dispute or claim concerning my employment or potential for employment with Employer or the terms, conditions or benefits of such employment or potential employment, including claims related to pay, benefits, discipline, discrimination, harassment and termination or whether such dispute or claim is arbitrable, will be settled by final and binding arbitration to be conducted under the Employment Rules of the American Arbitration Association in effect at the time a demand for arbitration is made. This provision shall be construed as broadly as possible and any claims which I may have against Employer arising from the employment relationship, including discrimination claims, shall be conclusively decided by binding arbitration. I understand that this agreement to binding arbitration is an express condition precedent to my employment with Employer and that if I do not wish this provision to bind me as an employee of Employer, I must immediately notify the human resources department at Employer, and refrain from signing this Application. **A more complete description of the Arbitration Program is set forth below and I acknowledge receipt of the same. I also acknowledge that I have carefully read the terms of this paragraph and the terms of the attached Arbitration Program and that I understand their terms, that I have accepted these terms voluntarily and that by such acceptance I am giving up my right to a jury trial.**

### ARBITRATION PROGRAM

1. **Claims covered:** All claims that an associate may have against the Company, any of it's affiliates or subsidiaries or against any of their respective shareholders, officers, directors, employees or agents in their capacity as such or otherwise, or that the Company, any of it's affiliates or subsidiaries or any of their respective shareholders, officers, directors, employees or agents may have against an associate and include:

- claims that, in the absence of this Program, would have been heard in a court of competent jurisdiction under applicable state or federal law;
- claims that are not claims for workers' compensation or unemployment compensation benefits unless the claim for workers' compensation benefits arises from an injury or illness occurring when my principal place of employment is within the state of Texas;
- claims for wages or other compensation due;
- claims for workers' compensation benefits arising from an injury or illness occurring when my principal place of employment is within the state of Texas;
- claims for breach of any contract or covenant whether express or implied;
- tort claims;
- claims for discrimination or harassment, including but not limited to, race, color, sex, sexual orientation, religion, national origin, age, marital status, medical condition, handicap, disability, pregnancy or military status, whether under Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act of 1990, as amended, the Age Discrimination in Employment Act of 1967, as amended, the Uniformed Services Employment and Reemployment Rights Act, as amended, or any other federal, state or local statutes,
- claims under the Fair Labor Standards Act, as amended, the Family and Medical Leave Act of 1993, as amended and the Equal Pay Act of 1963, as amended;
- claims for retaliation arising from or concerned with any such laws or statutes;
- claims arising from or concerned with the Company's various stock ownership plans, stock option plans, or stock option bonus plans;
- claims for benefits, except claims under an employee benefit plan that either specifies that its claims procedure shall culminate in an arbitration procedure

**WAFFLE HOUSE**                        **Polices and Notices**

       different than this one or is underwritten by a commercial insurance carrier which decides claims;

- claims for violation of any federal, state or other governmental law, statute, regulation or ordinance, except claims excluded elsewhere in this Program.

2. **Filing of Claims:**
   - The aggrieved party must file any claims covered by this agreement within the applicable statute of limitations as may be prescribed by law.
   - Written notice of such claims shall be sent to the Company at 5986 Financial Drive, Norcross, GA 30071, Attention: Legal Department
   - Written notice of any claim against an associate shall be sent to the address to which the most recent W-2 statement of earnings was sent.
   - The notices shall identify and describe the nature of all claims asserted and the facts upon which such claims are based and shall be sent to the other party by certified or registered mail, return receipt requested.

3. **Early informal resolution:**
   - Prior to initiating a demand for arbitration under this Program, an associate may pursue informal resolution of his\her claims by contacting the Company's Associate Hotline at 1-800-818-6943.
   - The Associate Hotline Administrator will then arrange a meeting with the appropriate person(s) to facilitate the review and potential resolution of any claims.
   - If an associate uses this procedure through the conclusion of the Company's review of its claims, the Company will pay the associate's portion of the AAA filing fee (or its equivalent, up to $150) associated with any subsequent arbitration of the associate's claims.

4. **Arbitration Procedures:**
   - After the filing of a claim, the parties shall have 30 days to informally agree upon an arbitrator or upon an arbitration firm to administer the arbitration.  If no arbitrator or arbitration firm is selected within 30 days, the American Arbitration Association ("AAA") will administer the arbitration.
   - Regardless of whether AAA or some other arbitrator or arbitration firm administers the arbitration, the arbitration shall be in accordance with the AAA's then-current Employment Arbitration Rules and Mediation Procedures.
   - A copy of the AAA's then-current Employment Arbitration Rules and Mediation Procedures can be obtained from AAA at 335 Madison Avenue, 10th Floor, New York, New York, 10017-4605, telephone number (800) 778-7879, facsimile number (212) 716-5905 and are also available online at www.adr.org.
   - The arbitrator shall be either a retired judge or an attorney experienced in the field of employment law and licensed to practice law in the state in which the arbitration is convened (the "Arbitrator").
   - The arbitration shall take place in or near the city in which the employee was last employed by the Company.
   - If no arbitrator is informally selected by the parties within 30 days as described above, then the Arbitrator shall be selected from a list of eleven arbitrators drawn by the AAA from its panel of employment dispute arbitrators. The parties shall strike names alternatively from the list until only one name remains. The party who did not initiate the claim shall strike first. The person whose name remains shall be designated the Arbitrator.
   - The Arbitrator shall apply the substantive law (and the law of remedies, if applicable) of the state in which the claim arose, or federal law, or both, as applicable to the claims asserted. The Arbitrator is without jurisdiction to apply any different substantive law, or law of remedies.
   - The Arbitrator, and not any federal, state, or local court or agency, shall have authority to resolve any dispute relating to the interpretation, applicability,

**WAFFLE HOUSE.**

# Polices and Notices

enforceability or formation of this Program and it's application to any associate, including but not limited to any claim that all or any part of the Program is void or voidable.

- The arbitration shall be final and binding upon the parties, except as provided in this Agreement.
- Either party shall, upon request, be given leave to file a post-hearing brief within a time set by the Arbitrator.  The Arbitrator shall render an award and opinion in the form typically rendered in labor arbitrations.
- Either party shall have the right, within 20 days of issuance of the Arbitrator's opinion, to file with the Arbitrator a motion to reconsider (accompanied by a supporting brief), and the other party shall have 20 days from the date of the motion to respond. The Arbitrator shall reconsider the issues raised by the motion and, promptly, either confirm or change the decision, which shall be final and conclusive upon the parties.

5.  **No Consolidated or Class Action Arbitrations:**  Neither party shall be entitled to join or consolidate claims in arbitration by or against other employees, or arbitrate any claim as a representative or member of a class or in a private attorney general capacity.

6.  **Fees and Costs:** Except pursuant to item 3 above, the parties shall bear their respective arbitration filing fees (from AAA or from whatever arbitration firm the parties jointly select). Company shall bear the administrative costs of the arbitration and the fees and costs of the Arbitrator.

7.  **Judicial Review**:  A party opposing enforcement may bring a separate action in any court of competent jurisdiction to set aside the award, where the standard of review shall be the same as that applied by an appellate court reviewing a decision of a trial court without a jury.

8.  **General:**
- This Arbitration Program may be modified, in whole or in part, by the Company only after it provides at least 30 days written notice of such modification, and only with respect to claims filed after the effective date of such modification.
- The notice of modification need not be signed by an associate to be valid and enforceable.  The associate's continued employment by the Company after the effective date of the modification shall constitute the associate's acceptance of the modification.
- The version of the Arbitration Program in effect at the time the claim is received or made by the Company will govern the process by which the claim is determined.
- The terms of the Company's Arbitration Program shall survive the termination of an associate's employment and the expiration of any benefit plan.

9.  **Federal Arbitration Act and Severability:**
- This Arbitration Program shall be governed by and interpreted in accordance with the Federal Arbitration Act and any federal common law interpreting that Act.
- Should any provision of this Arbitration Program be adjudged void, illegal, or otherwise unenforceable, in whole or in part, and cannot be modified to be enforceable, such provision shall immediately become null and void, leaving the remainder of this Arbitration Program in full force and effect.