## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**WILLIAM JONES, ALEX HOLT, MICHELLE
DANIELS, LARRY WASHINGTON, MARKO
FREEMAN, JOHN POINDEXTER, NIKKI
SYKES, PAULA SBABO, WORAND DAVIS,
JOHN AGAPOS, PAULA JOHNSON, SHAWNTA
POWELL, CELESTE HINES, JENNIFER
SPONSELLER, MARNETTA JACKSON,
FLORENCE MIMS, CONSTANCE HUNTER,
CASSANDRA MCCLINTON, SHAY TUCKER,
REGINA LUCKETT, ASHLEY MARTIN,
JENISE WALTERS, and YOLANDA SMITH, on
behalf of themselves and others similarly situated,**

        **Plaintiffs,**

**v.**                                     **No. 6:15-cv-1637-Orl-37DAB**

**WAFFLE HOUSE, INC., a Georgia corporation,
WH CAPITAL, LLC, a Georgia limited liability
company, THE SOURCE FOR PUBLIC DATA,
L.P. dba PUBLICDATA.COM, a foreign limited
partnership, SHADOWSOFT, INC., a foreign
corporation, HARLINGTON-STRAKER-
STUDIO, INC., a Texas corporation, and DALE
BRUCE STRINGFELLOW, an individual,**

        **Defendants.**

## JOINT NOTICE OF SETTLEMENT

Plaintiffs William Jones, Alex Holt, Michelle Daniels, Larry Washington, Marko

Freeman, John Poindexter, Nikki Sykes, Paula Sbabo, Worand Davis, John Agapos, Paula

Johnson, Shawnta Powell, Celeste Hines, Jennifer Sponseller, Marnetta Jackson, Florence

Mims, Constance Hunter, Cassandra Mcclinton, Shay Tucker, Regina Luckett, Ashley Martin,

Jenise Walters, and Yolanda Smith, and Defendants Waffle House, Inc., WH Capital, LLC,

34454293

The Source For Public Data, L.P. d/b/a Publicdata.Com, Shadowsoft, Inc., Harlington-Straker Studio, Inc., and Dale Bruce Stringfellow, by counsel, hereby submit notice to the Court that all matters at issue between them in the present action have been settled.  The parties expect to submit to the Court a Stipulation of Dismissal, with prejudice, within 30 days of this notice.

Dated: March 22, 2018

/s/ Justin Kachadoorian

Joshua H. Eggnatz (FL Bar No. 67926)
Michael J. Pascucci (FL Bar No. 83397)
The Eggnatz Law Firm, PA
5400 S University Drive, Suite 413
1920 N Commerce Parkway
Davie, FL 33328-5313
Email: JEggnatz@ELPLawyers.com
Email: mpascucci@elplawyers.com

Alexandria R. Kachadoorian (admitted *pro hac vice*)
Anthony J. Orshansky (admitted *pro hac vice*)
Justin Kachadoorian (admitted *pro hac vice*)
CounselOne, PC
9301 Wilshire Blvd., Suite 650
Beverly Hills, CA 90210
Email: alexandria@counselonegroup.com
Email: anthony@counselonegroup.com
Email: justin@counselonegroup.com

*Counsel for Plaintiffs*

/s/ David M. Gettings

Richard W. Smith (FL Bar No. 0013943)
Kimberly E. Young (FL Bar No. 109590)
Cole, Scott & Kissane, P.A.
Tower Place, Ste. 400
1900 Summit Tower Blvd.
Orlando, FL  32810
(321) 972-0098 (direct)
(321) 972-0099 (fax)
Email: Richard.Smith@csklegal.com
Email: Kimberly.Young@csklegal.com

John C. Lynch (admitted *pro hac vice*)
David M. Gettings (admitted *pro hac vice*)
Troutman Sanders LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1545
E-mail: john.lynch@troutman.com
E-mail: david.gettings@troutman.com

*Counsel for Waffle House, Inc. and WH Capital, LLC*

2

34454293

/s/ Timothy St. George

Thomas H. Loffredo (FL Bar No. 870323)
GrayRobinson, PA
401 E Las Olas Blvd Ste 1000
Ft Lauderdale, FL 33301
Email: tom.loffredo@gray-robinson.com

Ronald I. Raether, Jr.
(admitted *pro hac vice*)
Jonathan H. Yee (admitted *pro hac vice*)
Troutman Sanders, LLP
5 Park Plaza Ste 1400
Irvine, CA 92614-2545
949-622-2700
Fax: 949-622-2739
Email:
Ronald.Raether@troutmansanders.com
Email: jonathan.yee@troutmansanders.com

Timothy St. George (admitted *pro hac vice*)
Troutman Sanders, LLP
1001 Haxall Point
Richmond, VA 23219
804-697-1254
Fax: 804-698-6013
Email: tim.stgeorge@troutmansanders.com

*Counsel for Defendants The Source for
Public Data, L.P., Shadowsoft, Inc.,
Harlington-Straker-Studio, Inc. and Dale
Bruce Stringfellow*

34454293

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 22nd day of March 2018, I filed the foregoing with the Court's CM/ECF system, which will deliver notice of the filing to the following counsel of record:

### <u>Counsel for Plaintiffs</u>

Joshua H. Eggnatz
Michael J. Pascucci
The Eggnatz Law Firm, PA
5400 S University Drive, Suite 413
1920 N Commerce Parkway
Davie, FL 33328-5313
Email: JEggnatz@ELPLawyers.com
Email: mpascucci@elplawyers.com

Alexandria R. Kachadoorian (admitted *pro hac vice*)
Anthony J. Orshansky (admitted *pro hac vice*)
Justin Kachadoorian (admitted *pro hac vice*)
CounselOne, PC
9301 Wilshire Blvd., Suite 650
Beverly Hills, CA 90210
Email: alexandria@counselonegroup.com
Email: anthony@counselonegroup.com
Email: justin@counselonegroup.com

### **Counsel for Defendants The Source for Public Data, L.P., Shadowsoft, Inc., <u>Harlington-Straker-Studio, Inc. and Dale Bruce Stringfellow</u>**

Thomas H. Loffredo
GrayRobinson, PA
401 E Las Olas Blvd Ste 1000
Ft Lauderdale, FL 33301
Email: tom.loffredo@gray-robinson.com

Ronald I. Raether, Jr. (admitted *pro hac vice)*
Jonathan H. Yee (admitted *pro hac vice*)
Troutman Sanders, LLP
5 Park Plaza Ste 1400
Irvine, CA 92614-2545
949-622-2700
Fax: 949-622-2739
Email: Ronald.Raether@troutmansanders.com
Email: jonathan.yee@troutmansanders.com

4

34454293

Timothy St. George (admitted *pro hac vice*)
Troutman Sanders, LLP
1001 Haxall Point
Richmond, VA 23219
804-697-1254
Fax: 804-698-6013
Email: tim.stgeorge@troutmansanders.com

/s/ David M. Gettings
David M. Gettings (*pro hac vice*)
Troutman Sanders LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7747
Facsimile: (757) 687-1545
E-mail: david.gettings@troutmansanders.com

5

34454293