UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WILLIAM JONES, ALEX HOLT,
MICHELLE DANIES, LARRY
WASHINGTON, et al,

    Plaintiffs,

v.                                         Case No. 6:15-cv-1637-Orl-37GJK

WAFFLE HOUSE, INC., WH CAPITAL,
LLC, THE SOURCE FOR PUBLIC DATA,
L.P., et al, BRUCE STRINGFELLOW,

    Defendants.
_____

## ORDER OF DISMISSAL

This cause is before the Court upon the Notice of Settlement filed March 22, 2018 (Doc. 160) indicating that this case has settled. Accordingly, it is **ORDERED AND ADJUDGED**:

1. That the above-styled cause is hereby **DISMISSED WITH PREJUDICE,** subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

2. All pending motions are denied as moot and all deadlines and hearings are terminated.

3. The Clerk is **DIRECTED** to close this file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on March 26, 2018.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record